IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER LEON JONES,
    Petitioner,

v.                               Case No. 3:09cv12/MCR/EMT

EDWIN G. BUSS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2011 (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the Report and Recommendation and record, the court determines that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

---

[1] The court notes that on June 16, 2011, three days after the magistrate judge's Report and Recommendation was filed, Petitioner filed a Motion for Disposition, asking the court to move forward with this cause. The Clerk of Court responded to Petitioner that the Report and Recommendation had been issued and was forwarded to him the same day. The court assumes that the Report and Recommendation and Petitioner's Motion for Disposition merely crossed in the mail given the timing and that Petitioner did receive it because of the length of time that has passed since that correspondence with no objections or further inquiries filed.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 14th day of July, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/MCR/EMT*